UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM MARTIN,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., et al.,<br><br>           Defendants. | Civil No. 06-CV-1581-BTM (JMA)<br><br>**ORDER SETTING FORM**<br>**OF PRETRIAL ORDER** |

    In order to identify the claims to be tried and eliminate delay and surprise at trial, the Court enters the following pretrial order pursuant to Fed. R. Civ. P. 16. This order replaces the requirements under Local Rule 16.1(f)(2). No Memoranda of Contentions of Fact and Law are to be filed except in a bench trial.

    The parties shall meet and confer and prepare a proposed pretrial order containing the following:

    1.   A statement to be read to the jury, not in excess of one page, of the nature of the case and the claims and defenses.

    2.   A list of the causes of action to be tried, referenced

to the Complaint and Counterclaim.  For each cause of action, the order shall succinctly list the elements of the claim, damages and any defenses.  A cause of action in the Complaint or Counterclaim which is not listed shall be dismissed with prejudice.

    3(a).    A list of each witness that counsel actually expects to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

    3(b).    A list of expert witness(es) that counsel actually expects to call at trial with a brief statement, not exceeding four sentences, of the substance of the expert witnesses' testimony.

    3(c).    A list of additional witnesses including experts that counsel do not expect to call at this time but reserve the right to call at trial along with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

    4(a).    A list of all exhibits that counsel actually expect to offer at trial with a one-sentence description of the exhibit.

    4(b).    A list of all other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one-sentence description of the exhibit.

    5.    A statement of all facts to which the parties stipulate.  This statement shall be on a separate page and will be read to and provided to the jury.  The parties are directed to

meet with the assigned magistrate judge to work out as many stipulations of fact as possible.

6. A list of all deposition transcripts by page and line, or video tape depositions by section, that will be offered at trial. The proponent of the deposition shall prepare a copy of all portions to be read or played to the jury.

7. The parties shall prepare proposed jury instructions (if trial by jury) on the substantive claims, damages and defenses. One set of proposed instructions shall be given to the court. If the parties disagree on an instruction, the alternative instructions shall be submitted.

8. The parties shall prepare a proposed jury verdict form.

The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The Court will entertain any questions concerning the conduct of the trial at the pretrial conference.

**IT IS SO ORDERED.**

DATED: July 31, 2007

_____
Jan M. Adler
U.S. Magistrate Judge