# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM MARTIN,<br><br>       Plaintiff,<br><br>       v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., PRESIDENT OF PRODUCT SAFETY AND DESIGN FOR AMERICAN HONDA MOTORS COMPANY, INC., and JOHN/JANE DOES I - X, Employees of American Honda Motors Company, Inc.,<br><br>       Defendants. | Case No. 06 CV 1581 BTM (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF ENTIRE CASE**<br><br>Fed R. Civ. P 41(a)(1) |

The joint motion of the parties to dismiss this action with prejudice is **GRANTED**. This action is **DISMISSED** with prejudice, with each party bearing their own costs.

**IT IS SO ORDERED**.

Dated: 11/6/07_____        By: _____
                                                      Hon. Barry Ted Moskowitz
                                                      United States District Court Judge